**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO LOPEZ, | Case No. CV 06-4154 GHW (JTLx) |
| Plaintiff, | Hon. George H. Wu |
| vs. | **JUDGMENT** |
| PACIFIC MARITIME ASSOCIATION, et al., | |
| Defendants. | |

DB2/20120404.2

1    On April 6, 2009, for the reasons set forth in the Court's Statement of

2    Decision on Motions for Summary Judgment [D.E. # 134], the Court granted

3    Defendant Pacific Maritime Association's Motion for Summary Judgment and

4    denied Plaintiff Santiago Lopez's Motion for Summary Judgment.

5    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

6    Judgment is hereby entered in favor of Defendant Pacific Maritime

7    Association and against Plaintiff Santiago Lopez; this action is dismissed with

8    prejudice; and Defendant Pacific Maritime Association shall recover its costs.

9

10   Dated: April 8, 2009                     _____

                                              Hon. George H. Wu
11                                            U.S. District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DB2/20120404.2

1